July 23, 1993 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 93-1481

 RICHARD G. PERREAULT,

 Plaintiff, Appellant,

 v.

 HARRIET FISHMAN, ETC., ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF NEW HAMPSHIRE

 [Hon. Shane Devine, U.S. District Judge]
 

 

 Before

 Breyer, Chief Judge,
 
 Selya and Boudin, Circuit Judges.
 

 

 Richard G. Perreault on brief pro se.
 
 Jeffrey R. Howard, Attorney General, and Susan S. Geiger,
 
Senior Assistant Attorney General, on brief for appellees, The
Honorable Harriet Fishman, The Honorable Bruce Mohl, and The
Honorable David A. Brock

 

 

 Per Curiam. We affirm the judgment dismissing
 

plaintiff's action substantially for the reasons stated by

the district court. Having had an opportunity to challenge

the child support award in state court, plaintiff may not

raise in federal court either the same challenges or new ones

which could have been presented to the state court. Migra v.
 

Warren City School Dist. Bd. of Education, 465 U.S. 75, 81
 

(1984) ("a federal court must give to a state court judgment

the same preclusive effect as would be given that judgment

under the law of the State in which the judgment was

rendered"); Marine Construction Corp. v. First Southern
 

Leasing, Ltd., 129 N.H. 270, 274-75, 525 A.2d 709, 712 (1987)
 

(barring all theories which could have been raised in the

earlier litigation; "[t]he central policy 'exemplified by the

free permissive joinder of claims, liberal amendment

provisions, and compulsory counterclaims, is that the whole

controversy between the parties may and often must be brought

before the same court in the same action'"); Restatement

(Second) of Judgments 22(2)(b). 

 There is no merit to plaintiff's claim that the New

Hampshire Supreme Court denied him due process by summarily

rejecting his appeal. Lindsey v. Normet, 405 U.S. 56,8 77
 

(1972) (no constitutional right to an appeal).

 Plaintiff's request for oral argument is denied, and the

judgment is affirmed.

 -2-

 Affirmed.
 

 -3-